Case 3:12-cv-00231-BTM-WVG   Document 4   Filed 02/21/12   Page 1 of 1
AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gregory Downs, III

              V.

Domingo Uribe, Jr.; Phillip Lindsay; and Linnea D. Piazza

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    12cv0231-BTM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is Dismissed without Prejudice for failure to state a cognizable claim for relief.

| February 21, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 21, 2012 |