# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gregory Downs, III

**V.**

Domingo Uribe, Jr.; Phillip Lindsay; and Linnea D. Piazza

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   12cv0231-BTM(WVG)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is Dismissed without Prejudice for failure to state a cognizable claim for relief.

| February 21, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON February 21, 2012 |